JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Matthew F. Duggan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GABRIELA AGUILAR-GARCIA,

Defendant.

2:17-CR-213-WFN

INDICTMENT

8 U.S.C. § 1326

Alien in the United States After Deportation

The Grand Jury Charges:

On or about September 9, 2016, GABRIELA AGUILAR-GARCIA, a citizen and national of Mexico, who had theretofore been denied admission, excluded, deported and removed from the United States, on or about August 9, 2014, at Eagle Pass, Texas, and on or about August 17, 2009, at San Ysidro, California, was found in the United States, in the Eastern District of Washington, and she then did not have the express consent of the Attorney General, or the Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4),

INDICTMENT - 1

402 and 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

Dated: November 21, 2017.

A TRUE BILL

_____
Foreperson

*Joseph Harrington* (signature)
JOSEPH H. HARRINGTON
Acting United States Attorney

*MM* (signature)
Matthew F. Duggan
Assistant United States Attorney

INDICTMENT - 2